[No. 3016-2.  Division Two.  December 20, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
CHARLES CONRAD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 51073, Waldo F. Stone, J., entered June 27,

1977. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.